**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SALMAN ALI, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) VIACOM INTERNATIONAL INC., ) MTV NETWORKS COMPANY and ) COMEDY PARTNERS, ) ) Defendants. ) | Case No. 1:12-cv-07669 Hon. Rebecca R. Pallmeyer Magistrate Judge Maria Valdez |

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that Plaintiff, Salman Ali, through his undersigned counsel hereby dismisses this action *without* prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED:  November 21, 2012

Respectfully submitted,

SALMAN ALI

By:   s/ William M. Sweetnam
        One of His Attorneys

William M. Sweetnam
*wms@sweetnamllc.com*
Matthew M. Rossetti
*mmr@sweetnamllc.com*
SWEETNAM LLC
707 Skokie Boulevard, Suite 600
(847) 559-9040

Eric C. Brunick
*ebrunick@brunickllc.com*
BRUNICK LLC
22 West Washington Street, Suite 1500
Chicago, Illinois  60602
(312) 262-5908

*Attorneys for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

I certify that on November 21, 2012, the foregoing document was served on all parties who are not in default or their counsel of record through the Court's CM/ECF system, if they are registered users or, if they are not, by serving a true and correct copy via electronic mail (e-mail) at the addresses listed below:

>Jeffrey S. Jacobson
>DEBEVOISE & PLIMPTON LLP
>919 Third Avenue
>New York, New York  10022
>jsjacobson@debevoise.com

      s/ William M. Sweetnam