# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Salman Ali

                            Plaintiff,

v.                                              Case No.: 1:12–cv–07669
                                                Honorable Rebecca R. Pallmeyer

Viacom International Inc., et al.

                            Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 21, 2012:

        MINUTE entry before Honorable Rebecca R. Pallmeyer: Notice of voluntary
dismissal having been filed, the case is dismissed without prejudice. Status hearing set for
11/26/2012 is stricken. Civil case terminated. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.